Peter DURYEE, Trustee of the Property of The New Jersey and New York Railroad Company, Plaintiff-Appellant, v. ERIE RAILROAD COMPANY, John A. Hadden, C. E. Denney and Robert E. Woodruff, Defendants-Appellees.

No. 11309.

United States Court of Appeals
Sixth Circuit.

Oct. 19, 1951.

Stanley, Smoyer & Schwartz, Cleveland, Ohio, Richard Swan Buell, New York City, for appellant.

Andrews, Hadden & Putnam, Cleveland, Ohio, John A. Hadden, Cleveland, Ohio, for appellee.

Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.

856

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the judgment appealed from be and is hereby affirmed for the reasons stated in the opinion of the District Court. 91 F.Supp. 1009.